UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:14-CR-00221-1

UNITED STATES OF AMERICA,
    Plaintiff,

vs.

MICHAEL JAMAL ALLEN,
    Defendant.

**ORDER**

This matter is before the Court on Defendant's Motion to Seal the Sentencing Memorandum filed at Docket Entry 103.

FOR GOOD CAUSE SHOWN, the Motion is ALLOWED. The Sentencing Memorandum filed at Docket Entry 103 is to be sealed by the Clerk until further notice from this Court.

SO ORDERED. This 8 day of May 2015.

JAMES C. DEVER III
Chief United States District Judge