IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:14-CR-221-D

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| v. ) | **ORDER** |
| ) | |
| MICHAEL JAMAL ALLEN, ) | |
| ) | |
| Defendant. ) | |

The United States shall file a response to defendant's motion to reduce his sentence [D.E. 133]. The response is due not later than May 19, 2017.

SO ORDERED. This 20 day of April 2017.

JAMES C. DEVER III
Chief United States District Judge