UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:18-CR-249-D
No. 5:14-CR-221-D

| | |
|---|---|
| UNITED STATES OF AMERICA, Plaintiff, vs. MICHAEL JAMAL ALLEN, Defendant. | **ORDER GRANTING MOTION TO SEAL** |

This matter is before the Court on Defendant's Motion to Seal.

FOR GOOD CAUSE SHOWN, the Motion is ALLOWED. The Clerk is directed to seal the Motion filed at D.E. 169.

**SO ORDERED. This 22 day of October 2018.**

JAMES C. DEVER III
United States District Judge