THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:14-CR-221-D

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| v. | ) **ORDER** |
| | ) |
| MICHAEL JAMAL ALLEN, | ) |
| | ) |
| Defendant. | ) |

Michael Jamal Allen ("Allen" or "defendant") moved for reduction of sentence [D.E. 206]. On September 20, 2021, Allen was released from the Bureau of Prisons. See Find an Inmate, Federal Bureau of Prisons, https://www.bop.gov/inmateloc/ (search name field for "Michael Jamal Allen") (search inmate number field for "58718-056") (last visited February 9, 2022). In light of defendant's release, the motion to reduce sentence [D.E. 25] is DENIED AS MOOT.

SO ORDERED. This 9 day of February, 2022.

JAMES C. DEVER III
United States District Judge